Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@ toddflaw.com
abacon@ toddflaw.com
mgeorge@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCY CALDERA, individually and on behalf of all others similarly situated, | Case No. 5:17-cv-00402-PA-SP |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |
| vs. | |
| FIRSTSOURCE ADVANTAGE LLC, | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this matter without prejudice as to herself and the class.  Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.  Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 5th day of April, 2017.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

1  Filed electronically on this 5th day of April, 2017, with:

2
3  United States District Court CM/ECF system

4
5  Notification sent on this 5th day of April, 2017, via the ECF system to:

6  Honorable Judge Percy Anderson
7  United States District Court
   Central District of California
8
9  And mailed via USPS to:

10
11 James L. Duke
   Firstsource Advantage, LLC
12 205 Bryant Woods South
   Amherst, NY 14228
13

14
15 This 5th day of April, 2017.
   By: s/Todd M. Friedman
16          Todd M. Friedman

17
18
19
20
21
22
23
24
25
26
27
28